# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA + CANVAS, LLC,<br><br>    Petitioner,<br><br>  v.<br><br>CHOI SHIN NICARAGUA S.A,<br><br>    Respondent. | Case No. 2:22-cv-00217-FLA (JPRx)<br><br>**JUDGMENT** |

Upon consideration of the Petitioner, Bella + Canvas, LLC's Petition to Confirm Arbitration Award and all accompanying documents, IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that judgment is entered against Respondent Choi Shin Nicaragua S.A. as follows:

1. The Final Award issued in Los Angeles, California on January 12, 2021, by the Honorable Donald S. Black of the American Arbitration Association, against Respondent Choi Shin Nicaragua S.A. is confirmed in all respects.
2. Respondent shall pay Petitioner a sum of $236,000 in damages.
3. Respondent shall reimburse Petitioner in the amount of $5,932.50 for its share of the arbitration fees and costs.
4. Respondent shall pay prejudgment interest of $15,160.46 through January 12, 2021.
5. Respondent shall additionally pay prejudgment interest of $50,288.38 for the time period between January 12, 2021, and entry of Judgment on the Final Award, calculated at $71.23 per day for 706 days.
6. The Final Award is in full settlement of all claims.

IT IS SO ORDERED.

Dated: December 19, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge